

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00900-CV

**IN THE ESTATE OF** Marjorie A. **CHILDS**, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2014PC0056
Honorable Tom Rickhoff, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the probate court is AFFIRMED. It is ORDERED that Appellee Susan Addison recover her costs of court for this appeal from Appellant Mollie Allen Childs.

SIGNED April 22, 2020.

_____
Patricia O. Alvarez, Justice